THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, et al., | ) ) | |
| Plaintiff | ) | |
| -vs- | ) ) | |
| PARKING MANAGEMENT OF ILLINOIS, INC., an Ill. Corp., | ) ) | |
| Defendant | ) | Case No. 09 CV 971 |
| and | ) ) | Judge Kennelly |
| JP MORGAN CHASE BANK, | ) | |
| Garnishee-Defendant | ) | Summons Return Date: 7/9/09 |

## MOTION FOR JUDGMENT ON GARNISHMENT ANSWER

NOW COME the Plaintiffs, TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, et al., by and through their Attorney, Robert B. Greenberg, and move this Honorable Court to enter judgment in the amount of $1,659.81 in favor of Plaintiffs and against Garnishee Defendant, JP MORGAN CHASE BANK, pursuant to Garnishee's answer to Plaintiffs' garnishment attached hereto as Exhibit "1," and further to order Garnishee Defendant to pay Plaintiffs the monies due hereunder within ten days from the date of the Court's Order.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: June 24, 2009